# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 78 WAL 2023

        Respondent   :

                       :   Petition for Allowance of Appeal

                       :   from the Order of the Superior Court

        v.   :

                       :

JAMES M. YEAGER,   :

        Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.